David R. Stickney, Esq. (CA State Bar No. 188574)
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel.: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com

*Liaison Counsel for Plaintiff and Putative Class*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL TORCZYNER, individually, on behalf of himself, and all others similarly situated,<br><br>                     Plaintiff,<br><br>     v.<br><br>STAPLES, INC.,<br><br>                     Defendant. | Case No.  16cv2965 JLS JLB<br><br>**NOTICE OF MOTION AND MOTION FOR**<br>**(1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,**<br>**(2) PROVISIONAL CLASS CERTIFICATION,**<br>**(3) DISTRIBUTION OF CLASS NOTICE, AND (4) SCHEDULING OF FAIRNESS HEARING**<br><br>Date:        March 9, 2017<br>Time:        1:30 p.m.<br>Courtroom:  4a<br>Judge:       Hon. Janis Sammartino |

PLEASE TAKE NOTICE that on March 9, 2017, at 1:30 p.m., in the Courtroom of the Honorable Janis Sammartino, located at the United States District Court, 221 West Broadway, San Diego, California, Plaintiff Neil Torczyner will and hereby does move the Court for an order and judgment finally approving the Settlement.  The following documents are being submitted to the Court concurrently with this Motion: (1) [Proposed] Order Granting Preliminary Approval of Class Settlement and Provisional Class Certification; (2) [Proposed] Final Judgment; and (2) [Proposed] Order Granting Final Approval of Class Settlement.

This motion is made on the grounds that: (1) the Settlement for $2 million in cash satisfies the requirements of Rule 23(e) of the Federal Rules of Civil Procedure in that the Settlement is fair, reasonable and adequate to the Class; and (2) the Plan of Allocation of the settlement proceeds is fair and equitable to Settlement Class Members.  This motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities in support thereof; the Declaration of Frank R. Schirripa in Support of Unopposed Motion for (1) Preliminary Approval of Class Action Settlement (2) Provisional Class Certification, (3) Distribution of Class Notice, and (4) Scheduling of Fairness Hearing; the Settlement Agreement dated as of December 3, 2016; all other pleadings filed in this case; and such additional evidence or argument as the Court may consider at the time of the hearing.

Dated: December 14, 2016              Respectfully submitted,

                                      BERNSTEIN LITOWITZ BERGER
                                          & GROSSMANN LLP


                                      By:  */s/ David R. Stickney*
                                           David R. Stickney

                                      12481 High Bluff Drive, Suite 300
                                      San Diego, CA 92130

---

-1-                                                    NOTICE OF MOTION
                                                       Case No. 16cv2965 JLS JLB

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Tel: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com

*Liaison Counsel for Plaintiff and Proposed Putative Class*

HACH ROSE SCHIRRIPA & CHEVERIE LLP
Frank R. Schirripa
Michael A. Rose
185 Madison Avenue, 14th Floor
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 779-0028
fschirripa@hrsclaw.com
mrose@hrsclaw.com

*Counsel for Plaintiff and Proposed Putative Class*