COOLEY LLP
Michelle C. Doolin (179445)
(mdoolin@cooley.com)
Darcie A. Tilly (239715)
(dtilly@cooley.com)
Neal R. Gibeault (299730)
(ngibeault@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendant
STAPLES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL TORCZYNER, individually, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES, INC.,<br><br>Defendant. | Case No.  16-cv-2965-JLS-JLB<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. Janis L. Sammartino |

WHEREAS, on or about December 6, 2016, Neil Torczyner ("Plaintiff") filed a complaint against Staples, Inc. ("Staples") in the U.S. District Court, Southern District of California entitled *Neil Torczyner v. Staples, Inc.*, Case No. 16-cv-2965-JLS-JLB (the "Complaint");

WHEREAS, on December 7, 2016, Plaintiff sent Staples a request for waiver of service of summons;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(ii), Staples must answer or otherwise respond to the Complaint by February 6, 2017;

WHEREAS, the Parties reached a settlement of the Action;

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

JOINT MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
16-CV-2965-JLS-JLB

WHEREAS, on December 14, 2016 Plaintiff filed a Motion for (1) Preliminary Approval of Class Action Settlement, (2) Provisional Class Certification, (3) Distribution of Class Notice, and (4) Scheduling of Fairness Hearing ("Plaintiff's Motion for Preliminary Approval") (Dkt. No. 5);

WHEREAS, Defendant does not oppose Plaintiff's Motion for Preliminary Approval; and

WHEREAS, the Parties desire to have the Court rule on the fairness and adequacy of the written settlement agreement before Staples must answer or otherwise respond to the Complaint.

NOW, THEREFORE, the parties to the above-captioned action hereby stipulate and agree that Staples shall have until and including April 28, 2017 to file an answer or otherwise respond to the Complaint.

Dated:   January 3, 2017                COOLEY LLP

By: /s/ Michelle C. Doolin
Michelle C. Doolin

Attorneys for Defendant
Staples, Inc.

Dated:   January 3, 2017                HACH ROSE SCHIRRIPA &CHEVERIE LLP

By: /s/ Frank R. Schirripa
Frank R. Schirripa (*pro hac vice*)

Counsel for Plaintiff and Proposed Putative Class

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

JOINT MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
16-CV-2965-JLS-JLB

## **CERTIFICATION REGARDING ELECTRONIC SIGNATURES**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiff, and that I have obtained authorization to affix their electronic signature to this document.

Dated:  January 3, 2017        COOLEY LLP

/s/ Michelle C. Doolin
Michelle C. Doolin (179445)
Attorneys for Defendant Staples, Inc.
Email:  mdoolin@cooley.com

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

JOINT MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
16-CV-2965-JLS-JLB