1  **HACH ROSE SCHIRRIPA**
   **& CHEVERIE LLP**
2  Frank R. Schirripa, Esq. (pro hac vice)
   185 Madison Avenue, 14th Floor
3  New York, New York 10016
   Tel: (212) 213-8311
4  Fax: (212) 779-0028
   fschirripa@hrsclaw.com
5

6  **BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN, LLP**
7  David R. Stickney, Esq. (Cal. Bar # 188574)
   12481 High Bluff Drive, Suite 300
8  San Diego, CA 92130
   Tel.: 858-720-3191
9  Fax: 858-793-0323
   davids@blbglaw.com
10

11 *Liaison Counsel for Plaintiff and Putative Class*
12
13 [ADDITIONAL COUNSEL ON SIGNATURE PAGE]

14              **UNITED STATES DISTRICT COURT**
15             **SOUTHERN DISTRICT OF CALIFORNIA**

16 | | |
|---|---|
| NEIL TORCZYNER, individually, on behalf of himself, and all others similarly situated, | Case No. 3:16-cv-02965-JLS-JLB |
| | **CLASS ACTION** |
| Plaintiff, | **NOTICE OF ERRATA RE: DKT. NO. 5-1** |
| v. | |
| STAPLES, INC., | |
| Defendant. | |

**NOTICE OF ERRATA RE: DKT. NO. 5-1**

Respectfully, Plaintiff submits this Notice of *Errata* regarding its Memorandum of Points and Authorities in Support of Unopposed Motion for (1) Preliminary Approval of Class Action Settlement, (2) Provisional Class Certificaiton, (3) Distribution of Class Notice, and (4) Scheduling of Fairness Hearing, which is included in the Docket for the above captioned mater as Entry 5-1 ("Memorandum").

This Notice identifies the following correction:

- The description of the settlement relief available to the Class on Page 6, Lines 5-9 of the Memorandum should be replaced with the description of the relief that is set forth in Section 7 of the proposed Full Notice, which is located in Docket Number 5-3 at Page 31 of 58, corresponding with § 2.2(a) of the Settlement Agreement, which is located at Docket Number 5-3 at Page 7 of 58.

Dated: March 3, 2017

**HACH ROSE SCHIRRIPA & CHEVERIE LLP**

/s/ Frank R. Schirripa

Frank R. Schirripa, Esq. (pro hac vice)
185 Madison Avenue, 14th Floor
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 779-0028
fschirripa@hrsclaw.com

*Counsel for Plaintiff and Proposed Putative Class*