# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL TORCZYNER, individually, on behalf of himself, and all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>STAPLES, INC.,<br><br>         Defendant. | Case No.: 16cv2965-JLS (JLB)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

  Presently before the Court is Plaintiff's Motion for Preliminary Approval of Class Action Settlement ("Prelim. Settlement Mot."). (ECF No. 5.) A hearing on the Preliminary Settlement Motion is currently scheduled for March 9, 2017 at 1:30 p.m. (*See* ECF No. 5 at 1.) On the Court's own motion, this hearing date is **VACATED**. The undersigned **RECUSES** from this case and requests that another District Judge be assigned.

  **IT IS SO ORDERED.**

Dated: March 6, 2017

                *Janis L. Sammartino*
                Hon. Janis L. Sammartino
                United States District Judge