COOLEY LLP
Michelle C. Doolin (179445)
(mdoolin@cooley.com)
Darcie A. Tilly (239715)
(dtilly@cooley.com)
Neal R. Gibeault (299730)
(ngibeault@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
STAPLES, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL TORCZYNER, individually, on behalf of himself, and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STAPLES, INC.,<br><br>    Defendant. | Case No. 16-cv-2965-JM-JLB<br><br>**Amendment No. 1 To Settlement Agreement and Release**<br><br>Judge: Hon. Jeffrey T. Miller |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

AMENDMENT NO. 1 TO SETTLEMENT
AND RELEASE
16-CV-2965-JLS-JLB

WHEREAS, on or about December 5, 2016, Plaintiff Neil Torczyner and Defendant Staples Inc. (the "Parties") executed the Settlement Agreement and Release (the "Agreement"), and on December 14, 2016, Plaintiff filed it with the Court in connection with his Motion For (1) Preliminary Approval of Class Action Settlement, (2) Provisional Class Certification, (3) Distribution of Class Notice, and (4) Scheduling of Fairness Hearing.

WHEREAS, the Parties have agreed to (1) revise the definition of "Class Released Claims" in Section 1.10 of the Agreement to remove the phrase "including, but not limited to, any and all claims," and (2) utilize two separate claim forms: one for persons receiving direct notice and one for persons who receive notice through the Internet.

NOW THEREFORE, pursuant to section 5.12 of the Agreement, this Amendment No. 1 to the Settlement Agreement and Release ("Amendment") is entered into between Plaintiff Neil Torczyner, individually and on behalf of himself, and all others similarly situated, and Defendant Staples, Inc., and amends and supplants the Agreement as follows:

### AMENDMENT NO. 1 TO SETTLEMENT AGREEMENT AND RELEASE

1. Section 1.10 of the Agreement is amended to state:

   As used herein, the term "***Class Released Claims***" means all manner of action, causes of action, claims, demands, rights, suits, obligations, debts, contracts, agreements, promises, liabilities, damages, charges, penalties, losses, costs, expenses, and attorneys' fees, of any nature whatsoever, known claims or Unknown Claims, in law or equity, fixed or contingent, which they have or may have arising out of or relating to any of the acts, omissions or other conduct that have or could have been alleged or otherwise referred to in the Action, Complaint and/or Demand related in any way to Staples' Rewards program.

2. The "Claim Form," defined in Section 1.4 of the Agreement, is amended to mean two forms, which are attached hereto as **Exhibit F.1** and **Exhibit F.2**. **Exhibit F.1** will be used by individuals receiving notice pursuant to Section 3.3(b) or (c) of the Agreement, and **Exhibit F.2** will be used by individuals who receive notice pursuant to Section 3.3(d) of the Agreement.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

AMENDMENT NO. 1 TO SETTLEMENT
AND RELEASE
16-CV-2965-JLS-JLB

3. Effective as of the date this Amendment is deemed executed, all references in the Agreement to "Agreement" or "Settlement Agreement" shall mean the Agreement as amended by this Amendment. Except as expressly amended herein, the terms of the Agreement continue unchanged and shall remain in full force and effect.

4. This Amendment may be executed in counterparts, each of which constitutes an original, but all of which together constitutes one and the same instrument. Several signature pages may be collected and annexed to one or more documents to form a complete counterpart. Photocopies and PDFs of executed copies of this Amendment may be treated as originals.

5. Pursuant to Section 5.12 of the Agreement, modifications or amendments to the Agreement must be in writing and signed "by the Parties or their counsel." The Parties' respective counsel executing this Amendment hereby warrant and represent that they are duly authorized to execute this Amendment on behalf of the Parties they represent.

**The parties have agreed to the terms of this Amendment and have signed below through their respective counsel.**

Dated: April 17 2017                COOLEY LLP

                                    By: s/ Michelle C. Doolin
                                        Michelle C. Doolin

                                    Attorneys for Defendant
                                    Staples, Inc.

Dated: April _17,_ 2017             HACH ROSE SCHIRRIPA &
                                    CHEVERIE LLP

                                    By: [signature]
                                        Frank R. Schirripa (*pro hac vice*)

                                    Counsel for Plaintiff and Proposed
                                    Putative Class

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

AMENDMENT NO. 1 TO SETTLEMENT
AND RELEASE
16-CV-2965-JLS-JLB