1  David R. Stickney Esq. (CA State Bar No. 188574)
**BERNSTEIN LITOWITZ BERGER**
2  **& GROSSMANN, LLP**
12481 High Bluff Drive, Suite 300
3  San Diego, CA 92130
Tel.: 858-720-3191
4  Fax: 858-793-0323
davids@blbglaw.com
5

6  *Liaison Counsel for Plaintiff and Putative Class*

7  [ADDITIONAL COUNSEL ON SIGNATURE PAGE]

8
**UNITED STATES DISTRICT COURT**
9
**SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| NEIL TORCZYNER, individually, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES, INC.,<br><br>Defendant. | Case No. 16-cv-02965-JM-JLB<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION FOR (1) ATTORNEYS' FEES AND COSTS, AND (2) INDIVIDUAL SETTLEMENT AWARD** |

TO THE COURT AND DEFENDANTS AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Plaintiff hereby withdraws his Unopposed Motion for (1) Attorneys' Fees and Costs, and (2) Individual Settlement Award (Dkt. Nos. 24, 25), without prejudice to re-noting said motion in the future. Plaintiff withdraws his Motion on the basis that it was filed in error. Plaintiff reserves the right to re-note his Unopposed Motion for (1) Attorneys' Fees and Costs, and (2) Individual Settlement Award.

1  Dated: July 10, 2017

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ David R. Stickney*
      David R. Stickney, Esq.

12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel.: 858-720-3191
Fax: 858-793-0323
davids@blbglaw.com

*Liaison Counsel for Plaintiff and Class*

Frank R. Schirripa (*admitted pro hac vice*)
HACH ROSE SCHIRRIPA & CHEVERIE LLP
185 Madison Avenue, 14th Floor
New York, NY 10016
Telephone: (212) 213-8311
Facsimile: (212) 779-0028
fschirripa@hrsclaw.com

*Class Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

    I, Frank R. Schirripa, certify that on July 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record registered with the CM/ECF system.

Dated: July 11, 2017                                                    HACH ROSE SCHIRRIPA & CHEVERIE LLP

                                                                          By: */s/ Frank R. Schirripa*
                                                                                 Frank R. Schirripa