| | |
|---|---|
| 1 | David R. Stickney Esq. (CA State Bar No. 188574) |
| | **BERNSTEIN LITOWITZ BERGER** |
| 2 | **& GROSSMANN, LLP** |
| | 12481 High Bluff Drive, Suite 300 |
| 3 | San Diego, CA 92130 |
| | Tel.: 858-720-3191 |
| 4 | Fax: 858-793-0323 |
| | davids@blbglaw.com |
| 5 | |
| 6 | *Liaison Counsel for Plaintiff and Putative Class* |
| 7 | [ADDITIONAL COUNSEL ON SIGNATURE PAGE] |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEIL TORCZYNER, individually, on behalf of himself, and all others similarly situated, | Case No. 16-cv-02965-JM-JLB |
| Plaintiff, | **CLASS ACTION** |
| v. | **PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR (1) ATTORNEYS' FEES AND COSTS, AND (2) INDIVIDUAL SETTLEMENT AWARD** |
| STAPLES, INC., | |
| Defendant. | Date:   August 28, 2017 |
| | Time:   10:00 a.m. |
| | Judge:  Hon. Jeffrey T. Miller |
| | Courtroom: 5D |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that on April 25, 2017, this Court granted preliminary approval of the Class Action Settlement and ordered Defendants to provide notice to the Class, including notice of the requested amount of attorney fees, costs, and incentive awards. The required notice was provided. *To date, not a single class member objected to the requested fees, costs, or incentives.*

Consistent with the preliminarily approved agreement, Plaintiffs submit this Motion. The requested attorneys' fees, costs, and incentive awards should be finally approved since they are reasonable, are the product of an arms-length settlement negotiation through a neutral third-party mediator, are consistent with established state and federal precedent, and they have been agreed to by Defendants.

Dated: July 10, 2017

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By:   */s/ David R. Stickney*
         David R. Stickney, Esq.

12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel.: 858-720-3191
Fax: 858-793-0323
davids@blbglaw.com

*Liaison Counsel for Plaintiff and Class*

Frank R. Schirripa (*admitted pro hac vice*)
HACH ROSE SCHIRRIPA & CHEVERIE LLP
185 Madison Avenue, 14th Floor
New York, NY 10016
Telephone: (212) 213-8311
Facsimile: (212) 779-0028
fschirripa@hrsclaw.com

*Class Counsel for Plaintiff and the Class*

**Case No.: 16-cv-02965-JM-JLB**

NOTICE OF UNOPPPOSED MOT. FOR ATTORNEY'S FEES AND COSTS, AND INDIVIDUAL SETTLEMENT AWARD

- 1 -

## CERTIFICATE OF SERVICE

I, Frank R. Schirripa, certify that on July 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record registered with the CM/ECF system.

Dated: July 10, 2017                                             HACH ROSE SCHIRRIPA & CHEVERIE LLP

                                                                                  By: */s/ Frank R. Schirripa*
                                                                                         Frank R. Schirripa

**Case No.: 16-cv-02965-JM-JLB**

NOTICE OF UNOPPPOSED MOT. FOR ATTORNEY'S FEES AND COSTS, AND INDIVIDUAL SETTLEMENT AWARD

- 2 -