*from the desk of:*

Robert M. Balick
PO Box 4525
Rome, NY
13442-4525
RBALICK@TWCNY.RR.COM
315-336-0485
Reward #
2842469287

NOTICE OF **OBJECTION**          6 July 2017

Torczyner v. Staples, Inc  Settlement
Case No: 3:16-cv-02965-JM-JLB

Although not mentioned into the current Preliminary Approval Order nor into the First Amendment, class member objection is documented against <u>cy pres</u> undistributed residual funds to any <u>non</u>-class members. Should <u>cy pres</u> funds be addressed, they must be redistributed pro rata to current legitimate class members, to fully compensate their losses.

Page 1 of 2

Objection, Staples Settlement, 6 July 2017

I attest that my objection is a true and complete statement under penalty of law and that I am a Class Member.

*M. Balick*

CYS TO:

Frank Schirripa, ESQ
Hach, Rose, Schirripa & Cheverie, LLP
185 Madison Ave, 14th Fl.
NY, NY 10016-4325

Michelle C. Doolin, ESQ
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909

✓ US District Court
333 W. Broadway, Ste 420
San Diego, CA 92101-3806

Page 2 of 2

PO BOX 4525
ROME, NY
13442-4525

SYRACUSE NY 130
06 JUL 2017 PM 3 L

JUL 1 2 2017

Court Clerk
US District Court
333 W. Broadway, Ste 420
San Diego, CA 92101-3806

92101-380620