Frank R. Schirripa, Esq. (admitted pro hac vice)
**HACH ROSE SCHIRRIPA &**
**CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
Tel.: (212) 213-8311
Fax: (212) 779-0028
*fschirripa@hrsclaw.com*

*Class Counsel for Plaintiff and the Provisional Class*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL TORCZYNER, individually, on behalf of himself, and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>STAPLES, INC.,<br><br>  Defendant. | Case No. 16-cv-02965-JM-JLB<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAINTIFF'S MOTION FOR (1) ATTORNEYS' FEES AND COSTS, AND (2) INDIVIDUAL SETTLEMENT AWARD**<br><br>Date: August 28, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Jeffrey T. Miller<br>Courtroom: 5D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 25, 2017, this Court granted preliminary approval of the Class Action Settlement and ordered Defendant to provide notice to the Class, including notice of the preliminarily approved settlement, requested amount of attorney fees, costs, and incentive awards. The required notice was provided. The Settlement has also been widely accepted by the Class. Of the more than 3.2 million Rewards members who received direct notice, only three Class members filed an objection to the Settlement and only 120 have requested to be excluded from the Class. *See* Declaration of Jay Geraci Re: Notice Procedures "Geraci Decl.", ¶¶12-13. In other words, 99.99% of the Class members are participating in the Settlement.

Notably, of the three "objections" filed with the Court, only one actually objects to the terms of the Settlement. And, indeed, a cursory review of Mr. Kron's objection demonstrates that it lacks good faith and should be overruled by the Court. This objector does not care about the individual Class members, as evident by his colorful history of drawing out or delaying proceedings in order to collect fees. As such, the objection has no merit and should be overruled.

Consistent with the preliminarily approved agreement, Plaintiffs submit this motion for final approval of the settlement, award of requested attorneys' fees, costs, and incentive awards should be finally approved since they are reasonable, are the product of an arms-length settlement negotiation through a neutral third-party mediator, are consistent with established state and federal precedent, and they have been agreed to by Defendant.

Dated: August 7, 2017

**HACH ROSE SCHIRRIPA & CHEVERIE LLP**

By: _/s/ Frank R. Schirripa_

Frank R. Schirripa (*admitted pro hac vice*)

185 Madison Avenue, 14th Floor
New York, NY 10016
Telephone: (212) 213-8311
Facsimile: (212) 779-0028
fschirripa@hrsclaw.com

*Class Counsel for Plaintiff and the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

David R. Stickney, Esq.
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel.: 858-720-3191
Fax: 858-793-0323
davids@blbglaw.com

*Liaison Counsel for Plaintiff and Class*

# **CERTIFICATE OF SERVICE**

I, Frank R. Schirripa, certify that on August 7, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record registered with the CM/ECF system.

Dated: August 7, 2017 **HACH ROSE SCHIRRIPA & CHEVERIE LLP**

By: */s/ Frank R. Schirripa*
    Frank R. Schirripa