

**FILED**

DEC 05 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS096478
Cashier ID: fjaimes
Transaction Date: 12/05/2017
Payer Name: NEIL TORCZYNER V STAPLES INC
----------------------------------------
TREASURY REGISTRY
 For: NEIL TORCZYNER V STAPLES INC
 Case/Party: D-CAS-3-16-CV-002965-001
 Amount:       $5,000.00
----------------------------------------
CHECK
 Check/Money Order Num: 1434
 Amt Tendered:  $5,000.00
----------------------------------------
Total Due:      $5,000.00
Total Tendered: $5,000.00
Change Amt:     $0.00


There will be a fee of $53.00
charged for any returned check.
```