

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEIL TORCZYNER, on behalf of himself, and all others similarly situated,<br><br>    Plaintiff-Appellee,<br><br>SCOTT KRON,<br><br>    Objector-Appellant,<br><br>v.<br><br>STAPLES, INC.,<br><br>    Defendant-Appellee. | No. 17-56427<br><br>D.C. No. 3:16-cv-02965-JM-JLB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 6) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Claudia L. Bernard
Chief Circuit Mediator

CLB/Mediation