Caroline Tucker, Esq.
Tucker | Pollard
2102 Business Center Dr., Suite 130
Irvine, CA 92612
Office 949-253-5710
Fax 949-269-6401
ctucker@tuckerpollard.com

*Attorney for Objector*
SCOTT KRON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL TORCZYNER, individually, on behalf of himself, and all others similarly situated,<br><br>        Plaintiff,<br>vs.<br>STAPLES, INC.,<br><br>        Defendant. | Case No. 16cv2965<br><br>**[PROPOSED] ORDER TO CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS** |

WHEREAS, the Appeal filed by Objector, Scott Kron, was voluntarily dismissed on January 3, 2018, pursuant to a settlement agreement between the Parties.

WHEREAS, the Parties agree that Objector, Scott Kron's bond be returned and that no claims will be made against the bond by the Parties.

Dated: January 17, 2018

**TUCKER | POLLARD**

_____
Caroline V. Tucker, Esq.
Attorneys for Objector
Scott Kron

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Clerk release the amount of $5,000.00, plus interest, from the interest-bearing account in the above entitled case to:

> **TUCKER | POLLARD**
> Attorneys at Law
> 2102 Business Center Drive, Suite 130
> Irvine, CA 92612

IT IS FURTHER ORDERED that the clerk is authorized to deduct a fee for the handling of all funds deposited with the court and held in interest bearing account or instruments. The fee must be equal to that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts.

IT IS SO ORDERED.

DATED:

_____
JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on January 17, 2018, and served by the same means on all counsel of record.

/s/ Caroline Tucker

_____

Caroline Tucker

Neil Torczyner v. Staples, Inc.; 16cv2965: ORDER TO CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS